IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
ALLENTOWN DIVISION

| | |
|---|---|
| ERIKA BAGLEY and JAMES BAGLEY, individuals, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>FIAT CHRYSLER AUTOMOBILES (FCA) US, LLC,<br><br>*Defendant*. | No. 5:22-cv-01797-JFL<br><br>CIVIL ACTION |

**STIPULATION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD TO PLAINTIFFS' CLASS ACTION COMPLAINT PURSUANT TO LOCAL RULE 7.4(B)(2)**

The parties, by and through their undersigned counsel, hereby stipulate and agree that Defendant Fiat Chrysler Automobiles (FCA) US, LLC may have an extension of time to **July 8, 2022** within which to answer, move, or otherwise plead in response to Plaintiffs' Class Action Complaint ("Complaint"). Good cause exists for the extension because counsel for Fiat Chrysler Automobiles (FCA) US, LLC was recently retained and the extension is necessary for counsel to prepare a proper response to the Complaint. Plaintiffs agree that their case will not be prejudiced by this extension.

**LEVIN SEDRAN & BERMAN, LLP**

By: ___/s/_____
Charles E. Schaffer, Esquire
David C. Magagna Jr., Esquire
510 Walnut Street, Suite 500
Philadelphia, PA 19106
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com

**LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO**

By: _____
Michael F. McKeon, Esquire
190 N. Independence Mall West, Suite 500
6th & Race Streets
Philadelphia, PA 19106
mmckeon@lavin-law.com
Tel: (215) 351-1911

| | |
|---|---|
| Charles J. LaDuca, Esquire<br>Michael Smith, Esquire<br>Daniel M. Cohen, Esquire<br>**CUNEO GILBERT & LADUCA, LLP**<br>4725 Wisconsin Ave. NW, Suite 200<br>charles@cuneolaw.com<br>mike@cuneolaw.com<br>danielc@cuneolaw.com<br><br>*Attorneys for Plaintiffs Erika Bagley and James Bagley*<br><br>Dated: June 3, 2022 | Stephen A. D'Aunoy<br>(to be admitted *pro hac vice*)<br>Thomas L. Azar<br>(to be admitted *pro hac vice*)<br>Scott H. Morgan<br>(to be admitted *pro hac vice*)<br>**THOMPSON COBURN LLP**<br>One US Bank Plaza<br>St. Louis, Missouri 63101<br>Telephone:  (314) 552-6000<br>sdaunoy@thompsoncoburn.com<br>tazar@thompsoncoburn.com<br>smorgan@thompsoncoburn.com<br>One US Bank Plaza<br>St. Louis, Missouri 63101<br>Telephone:  (314) 552-6000<br><br>*Attorneys for Defendant Fiat Chrysler Automobiles (FCA) US, LLC*<br><br>Dated: June 3, 2022 |

APPROVED AND SO ORDERED.

_____
HONORABLE JOSEPH F. LEESON, JR., USDC E.D. PA


DATE: _____